UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
SREE GAUTAM ROY,

                        Petitioner,

-against-

ERIC H. HOLDER,
United States Attorney General,

                        Respondent.
------------------------------------------------------------------ X

09-CV-3956 (ARR)(RLM)

NOT FOR
PRINT OR ELECTRONIC
PUBLICATION

ORDER

ROSS, United States District Judge:

       The court has received the Report and Recommendation on the instant case dated May 18, 2010 from the Honorable Roanne L. Mann, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Edwards v. Town of Huntington, No. 05 Civ. 339 (NGG) (AKT), 2007 U.S. Dist. LEXIS 50074, at *6 (E.D.N.Y. July 11, 2007); McKoy v. Henderson, No. O5 Civ. 1535 (DAB), 2007 U.S. Dist. LEXIS 15673, at *1 (S.D.N.Y. March 5, 2007). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

       Therefore, the petition is dismissed for lack of prosecution. The Clerk of Court is directed to close this case.

1

SO ORDERED.

/s/ Allyne R. Ross
Allyne R. Ross
United States District Judge

Dated: June 23, 2010
       Brooklyn, New York

SERVICE LIST:

Petitioner (pro se)

Sree Gautam Roy
37-42 86th Street, Apt. 1B
Jackson Heights, NY 11372

Respondent's Attorney

Ronald W. Kish
U.S. Citizenship and Immigration Services
26 Federal Plaza, Room 1130
New York, NY 10278

cc: Magistrate Judge Mann